**NOTC**
**CARRIE E. HURTIK, ESQ.**
Nevada Bar No. 7028
**UPRIGHT LAW**
6767 W. Tropicana Avenue, Suite #200
Las Vegas, Nevada 89103
 (702) 966-5200
(702) 966-5206 Facsimile
Attorney for Debtor,
TERRY DAVIS

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No.: 17-13430-ABL |
| | ) | |
| TERRY DAVIS | ) | Chapter 13 Bankruptcy |
| | ) | |
| Debtor. | ) | |
| ──────────────── | ) | |

### NOTICE OF CHANGE OF ADDRESS

TO:   ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD.

PLEASE TAKE NOTICE that, effective October 1, 2018, the law firm of HURTIK LAW & ASSOCIATES will be relocating their office to the following address:

HURTIK LAW & ASSOCIATES
6767 W. Tropicana Avenue, Suite #200
Las Vegas, Nevada 89103

The telephone and facsimile numbers will remain the same.  Please direct all future communications to our new address, and update your respective service lists accordingly.

DATED this 26th day of September, 2018.

**UPRIGHT LAW**

 /s/    *Carrie E. Hurtik*
_____
**CARRIE E. HURTIK, ESQ.**
Nevada Bar No. 7028
6767 W. Tropicana Avenue, Suite #200
Las Vegas, Nevada 89103
Attorney for Debtor,
TERRY DAVIS